UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL SAXTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case: 1:24-cv-07790 |
| | ) | |
| v. | ) | |
| | ) | |
| BURKE, WARREN, MACKAY & SERRITELLA, P.C. | ) ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| BEACON HILL STAFFING GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO BURKE, WARREN, MACKAY & SERRITELLA, P.C.

It is hereby stipulated between Plaintiff, Michael Saxton, and Defendant, Burke, Warren, Mackay & Serritella, P.C., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice and without right to refile or reinstate as to Burke, Warren, Mackay & Serritella, P.C. only. Each party shall bear its or his own attorney's fees, costs, and expenses.

Dated this 6th day of February 2025.

AGREED TO BY:

*/s/ Sophia Steere*
Sophia Steere, Esq.
Nathan C. Volheim, Esq.
**Sulaiman Law Group Ltd**.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 ext. 107

*/s/ Katherine A. Rodosky* (with consent)
Katherine A. Rodosky, Esq.
Schueler, Dallavo & Casieri
525 W. Monroe Street, Suite 1530
Chicago, IL 60661
Phone 312-831-1091
krodosky@sdc-atty.com

ssteere@sulaimanlaw.com
nvolheim@sulaimanlaw.com

*Counsel for Plaintiff*

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February 2025, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Sophia Steere*
Sophia Steere, Esq.